# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146449

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                 SC: 146449
                                 COA: 305656

LONNIE JAMES PARKER,
          Defendant-Appellant.
                                 Saginaw CC: 10-034816-FH

_____/

     On order of the Court, the application for leave to appeal the November 8, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



                             Clerk

h0617